**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| TIG INSURANCE COMPANY, Individually and as successor to International Insurance Company, and FAIRMONT SPECIALTY INSURANCE COMPANY f/k/a Ranger Insurance Company,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, UNITED STATES FIDELITY & GUARANTY COMPANY, n/k/a Travelers Property & Casualty Co., FIREMAN'S FUND INSURANCE COMPANY, DISCOVER RE, PHILADELPHIA INSURANCE COMPANY, and WESTPORT INSURANCE CORP.,<br><br>Defendants. | Case No.: 12-cv-2361 JWL/JPO |

**NOTICE OF DISMISSAL**

Plaintiffs, **TIG INSURANCE COMPANY, Individually and as successor to International Insurance Company, and FAIRMONT SPECIALTY INSURANCE COMPANY f/k/a Ranger Insurance Company** hereby voluntarily dismiss without prejudice their Complaint for Declaratory Judgment against **WESTPORT INSURANCE CORP.** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as no opposing party has served either an answer or a motion for summary judgment.

Respectfully submitted,

THE SESSION LAW FIRM, PC

By: /s/ Darwin E. Johnson
DARWIN E. JOHNSON

**Darwin E. Johnson**
**THE SESSION LAW FIRM, PC**
**420 Nichols Road, Suite 200**
**Kansas City, Missouri 64112**
**Telephone: (816) 842-4949**
**djohnson@session.com**

**Christian D. Ambler (Pro Have Vice Motion forthcoming)**
**STONE & JOHNSON, CHTD.**
**200 East Randolph, 24th Floor**
**Chicago, Illinois 60601**
**Telephone: (312) 332-5656**
**cambler@stonejohnsonlaw.com**